THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHIGEMI AIZAWA and TAEKO AIZAWA,<br><br>Plaintiffs,<br><br>v.<br><br>K-1 CHEMICAL USA, INC., KUMIAI CHEMICAL INDUSTRY CO., LTD., BASF CORPORATION, and VALENT USA CORPORATION,<br><br>Defendants. | 18 Civ. 1330 (CS)<br><br>**UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for the United States to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended to and including October 4, 2022. *But we are 4 years in so I expect a final decision soon.*

The complaint, amended complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court.

Dated: ~~New York,~~ White Plains, New York
        4/5/22, 2022

SO ORDERED:

*Cathy Seibel*
_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE